In the Matter of the Application of FRANK B. SCHMIDT for a Peremptory Order of Mandamus against RAY F. FOWLER, as District Attorney of Monroe County.— Order affirmed, with costs. All concur.